# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATHY SHERRER,<br><br>       Plaintiff,<br>v.<br><br>KELLY PALUSO, et al.,<br><br>       Defendants. | **REPORT AND RECOMMENDATION**<br><br>Case No. 2:17-cv-00125-DAK-PMW<br><br>District Judge Dale A. Kimball<br>Chief Magistrate Judge Paul M. Warner |

District Judge Dale A. Kimball referred this matter to Chief Magistrate Judge Paul M. Warner pursuant to 28 U.S.C. § 636(b)(1)(B).[1] Before the court is Plaintiff Kathy Sherrer's ("Ms. Sherrer") Motion to Dismiss.[2] Having reviewed the parties' briefs and the relevant law, the court renders the following Report and Recommendation.[3]

## BACKGROUND

On February 24, 2017, Ms. Sherrer filed the above captioned lawsuit. Although Ms. Sherrer's allegations are difficult to decipher, it appears that Mr. Sherrer is alleging that several employees of the Utah Division of Child and Family Services ("DCFS") acted illegally in removing Ms. Sherrer's children from her home.[4]

On May 1, 2017, Ms. Sherrer filed a Motion to Dismiss.[5] Ms. Sherrer's motion states: "I would like to Motion to dismiss but with Prejudice. I want to still be able to file a complaint if

---

[1] Dkt. No. 4.
[2] Dkt. No. 13.
[3] Pursuant to DUCivR 7-1(f), the court elects to determine the present motion on the basis of the written memorandum and finds that oral argument would not be helpful or necessary.
[4] *See* Dkt. No. 3.
[5] Dkt. No. 13.

1

things do not turn out as the Attorney General has stated. I do only wish that the Attorney General in this case would hear what I have to say."[6]

Based on Ms. Sherrer's motion, the court believed that the parties may have reached a resolution to the matter. Therefore, the court asked Defendants Kelly Paluso, Darcie Peterson, and Marea Doherty to notify the court the status of the case.[7] Defendants contend that they have not reached a resolution with Ms. Sherrer and argue that the court should grant Ms. Sherrer's request and dismiss the case with prejudice.[8]

## DISCUSSION

The court recognizes that Ms. Sherrer is proceeding pro se.[9] Therefore, the court will "construe [her] pleadings liberally and hold the pleadings to a less stringent standard than formal pleadings drafted by lawyers." *Riddle v. Mondragon*, 83 F.3d 1197, 1202 (10th Cir. 1996) (citations omitted). However, Ms. Sherrer's pro se status does not discharge her from complying with the court's rules and procedures, and the court will not assume an advocacy role on Ms. Sherrer's behalf. *See Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994) (noting that the Tenth Circuit "has repeatedly insisted that pro se parties follow the same rules of procedure that govern other litigants" (quotations and citations omitted)); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) ("[W]e do not believe it is the proper function of the district court to assume the role of advocate for the pro se litigant.").

Construing Ms. Sherrer's pleadings liberally, the court finds that Ms. Sherrer's motion to dismiss intends to seek dismissal without prejudice. Indeed, Ms. Sherrer states that she would

---

[6] *Id.*
[7] Dkt. No. 15.
[8] Dkt. No 16.
[9] Dkt. Nos 2, 3.

2

like the opportunity to file a complaint if her complaints with DCFS persist. Accordingly, the court recommends that Ms. Sherrer's motion to dismiss be granted without prejudice.

## CONCLUSION

Based on the foregoing, **IT IS HEREBY RECOMMENDED** that Ms. Sherrer's Motion to Dismiss[10] be **GRANTED** without prejudice.

Copies of this Report and Recommendation will be sent to the parties, who are hereby notified of their right to object. *See* 28 U.S.C § 636(b)(1); Fed. R. Civ. P. 72(b). Any objection to this Report and Recommendation must be filed within fourteen (14) days after being served with a copy of it. *See id.* Failure to object may constitute waiver of objections upon subsequent review. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

**IT IS SO ORDERED.**

DATED this 25th day of July, 2017.

                                                      **BY THE COURT:**

                                                      PAUL M. WARNER
                                                      Chief United States Magistrate Judge

---

[10] Dkt. No. 13.