# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| KATHY SHERRER,<br><br>        Plaintiff,<br><br>v.<br><br>KELLY PALUSO, et al.,<br><br>        Defendants. | ORDER AFFIRMING<br>REPORT & RECOMMENDATION<br><br>Case No. 2:17CV125DAK<br><br>Judge Dale A. Kimball |

      This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Paul Warner under 28 U.S.C. § 636(b)(1)(B). On July 25, 2017, Magistrate Judge Warner issued a Report and Recommendation, recommending that the court dismiss this action without prejudice based on Plaintiff's Motion to Dismiss.

      The Report and Recommendation notified the parties that any objection to the Report and Recommendation was required to be filed within fourteen days of receiving it. As of the date of this Order, which is well past the time for filing objections, the court has not received any objections to the Report and Recommendation.

      The court has reviewed the case *de novo* and agrees with the analysis of the Report and Recommendation in its entirety. The court, therefore, adopts the Report and Recommendation as the Order of the court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE based on Plaintiff's motion to voluntarily dismiss this action.

      DATED this 24th day of August, 2017.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge